| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
|   | Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: matt.jaksa@hro.com |
| 6 | Attorneys for Plaintiffs, |
|   | SONY BMG MUSIC ENTERTAINMENT; |
| 7 | ATLANTIC RECORDING CORPORATION; and |
|   | UMG RECORDINGS, INC. |

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

        Plaintiffs,

  v.

JOHN DOE,

        Defendant.

CASE NO.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

Certification of Interested Entities or Persons
Case No.
#36419 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Dated: March 27, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; and UMG RECORDINGS, INC.