Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:  matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
ATLANTIC RECORDING CORPORATION; and
UMG RECORDINGS, INC.

E-filing

RECEIVED
MAR 27 PM 1:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 02 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JL

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO.<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

1     Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3     ORDERED that Plaintiffs may serve immediate discovery on California State University,
4 Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5 documents that identify Defendant, including the name, current (and permanent) address and
6 telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7 disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

14 Dated: 4-2-08            By: _____
15                              ~~United States District Judge~~

17                              JAMES LARSON
                               U.S. CHIEF MAGISTRATE JUDGE