| | |
|---|---|
| 1 | Dawniell Alise Zavala (CA State Bar No. 253130) |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| | Telephone:  (415) 268-2000 |
| 4 | Facsimile:   (415) 268-1999 |
| | Email:        dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
| | SONY BMG MUSIC ENTERTAINMENT; |
| 7 | ATLANTIC RECORDING CORPORATION; and |
| | UMG RECORDINGS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | CASE NO. 3:08-CV-01666-JL |
| | **Honorable James Larson** |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
CASE NO. 3:08-CV-01666-JL
#38263 V1

Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 146890415 with IP address 207.62.146.28 2007-11-03 23:03:22 EDT, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated:  June 16, 2008                                  HOLME ROBERTS & OWEN LLP

By: _____ */s/ Dawniell Alise Zavala*___
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; and UMG RECORDINGS, INC.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
CASE NO. 3:08-CV-01666-JL
#38263 V1