AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION  [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO.<br>08-1666 JL | DATE FILED<br>3-27-08 |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; and UMG RECORDINGS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>[X] Order  [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes   [ ] No | DATE RENDERED<br>6-18-08 |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>6-20-08 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.28 2007-11-03 23:03:22 EDT  **CASE ID#** 146890415

**P2P Network:** GnutellaUS  **Total Audio Files:** 166

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Will You Be There | Dangerous | 178-165 |
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 301-897 |
| Atlantic Recording Corporation | Sugar Ray | Fly | Floored | 208-769 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| UMG Recordings, Inc. | 50 Cent | In da Club | In Da Club (single) | 323-562 |
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| UMG Recordings, Inc. | Weezer | Say It Ain't So | Weezer (Blue Album) | 187-644 |

Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
ATLANTIC RECORDING CORPORATION; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. 3:08-CV-01666-JL<br><br>**Honorable James Larson**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  ENTERTAINMENT, et al., by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claim against Defendant John Doe, also identified as ID # 146890415
4  with IP address 207.62.146.28 2007-11-03 23:03:22 EDT, each party to bear its/her own fees and
5  costs. The Clerk of Court is respectfully requested to close this case.

7  Dated: June 16, 2008                         HOLME ROBERTS & OWEN LLP

9                                               By:      /s/ Dawniell Alise Zavala
                                                      DAWNIELL ALISE ZAVALA
                                                      Attorney for Plaintiffs
                                                      SONY BMG MUSIC
                                                      ENTERTAINMENT; ATLANTIC
                                                      RECORDING CORPORATION; and
                                                      UMG RECORDINGS, INC.